IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MWATA DYSON | * |
| Plaintiff, | * Case No.1:21-cv-02280-APM |
| v. | * |
| DUTKO \| RAGEN HOMES & INVESTMENTS KW UNITED d/b/a KELLER)WILLIAMS *et al.* | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **NOTICE OF DISMISSAL FOR DEFENDANTS KANG FRANCIS AND KANG FRANCIS LIVING TRUST**

Plaintiff Mwata Dyson, by and through his undersigned counsel, respectfully submits this Notice of Dismissal for Defendants Kang Francis and Kang Francis Living Trust, and in furtherance of their Notice states that Plaintiffs, pursuant to the Court's Minute Order issued on May 31, 2022, hereby dismiss Defendants Kang Francis and Kang Francis Living Trust from the above-captioned lawsuit.

Respectfully submitted,

_/s/ Donald R. Huskey_
Donald R. Huskey
Federal Bar Number MD22981
Law Offices of Donald R. Huskey L.L.C.
9419 Lyonswood Drive
Owings Mills, Maryland 21117
443 929-1001
dr.huskey@gmail.com

_/s/ Governor E. Jackson, III_
Governor E. Jackson, III
Federal Bar Number MD0002
Law Offices of Governor E. Jackson, L.L.C.
400 E. Joppa Road
Suite 50
Towson, Maryland 21286
410-528-4150

gjackosn@governorjacksonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2022, I electronically filed this Notice of Dismissal.

                                         /s/ Governor E. Jackson, III
                                          Governor E. Jackson, III